*Friday, July 30, 1999*

## MOTION DOCKET

**99–1404. State v. Barrera.**
Sandusky App. No. S–98–047.

This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Sandusky County. Upon consideration of appellant's motion for stay of execution of sentence,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

PFEIFER, J., dissents.

LUNDBERG STRATTON, J., not participating.